David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares,

Plaintiff,

vs.

XIAOBING SUN, an individual, also known as DANIEL SUN,

Defendant.

No. JW CV 08 0121

DECLARATION OF LINLIN GONG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

I, Linlin Gong, say:

1. I am an employee of Guangzhou United (GU), the onshore agent of Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), the wholly-owned subsidiary of Shoreline Capital Management, Ltd. (Shoreline) that is the Plaintiff in this action. GU's agency contract with Shoreline Shenzhen is for the sole purpose of employing Shoreline personnel and it is 100% funded by Shoreline. I have personal knowledge of the matters set forth in this Declaration and would competently testify to them if called as a witness.

- 1 -

2. I joined Guangzhou United on February 15, 2006 and am still employed there at present. In my employment with Guangzhou United, I am an investment manager, responsible for investment evaluation and acquisition in distressed real estate projects.

3. On February 15, 2006, Guangzhou United and Shoreline delivered to me the Shoreline Employee Handbook, which, to my knowledge, is delivered to all employees on their date of hire. It explicitly explained that use of disclosure of its financial analysis models, Excel work sheets and other relevant documents outside of Shoreline is strictly prohibited.

4. Through my observations from February 15, 2006 to the present, I have found the Excel financial model used by Shoreline to price debt portfolios is the most important asset/tool of Shoreline. Shoreline's partners and managers try very hard to protect the analysis tool and, to my knowledge, require persons who wish to view the model to first sign a confidentiality agreement.

5. From September to the present, I have observed that Shoreline strictly guards as confidential all lists and information related to any potential investment deal from any asset management company, bank, or other source. I have prepared numerous documents relating to new potential deals and it is common knowledge within the company that information related to new investments or investment analysis are strictly confidential and proprietary to the company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2008 at Guangzhou, China.

_____
Linlin Gong

- 2 -

DECLARATION OF LINLIN GONG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY