David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares,<br><br>    Plaintiff,<br><br>vs.<br><br>XIAOBING SUN, an individual, also known as DANIEL SUN,<br><br>    Defendant. | No. JW CV 08 0121<br><br>DECLARATION OF HAIQIANG HUANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY |

I, Haiqiang Huang, say:

1.    I am an employee of Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), the wholly-owned subsidiary of Shoreline Capital Management, Ltd. (Shoreline), the Plaintiff in this action. I have personal knowledge of the matters set forth in this Declaration and would competently testify to them if called as a witness.

- 1 -

1   2.   On February 8, 2006, I became an asset manager with Shoreline Shenzhen
2   and am still employed as a team manager over the servicing of debt portfolios in Shenzhen
3   which were an investment totaling over 20 million U.S. dollars and which were purchased from
4   Cinda Asset Management Company (Cinda). In this capacity working for Shoreline Shenzhen, I
5   have become well acquainted with Cinda's personnel and potential deals.
6
7   3.   On September 24, 2007, Xiaobing Sun contacted me and told me that he
8   was working with a Beijing lawyer and hoping to acquire a portfolio of loans in Shanwei district
9   from Cinda's Guangzhou office. He asked me to be his agent and introduce him to managers in
10  Cinda's Guangzhou office and obtain the managers' approval to allow Mr. Sun to start due
11  diligence on the asset files for the portfolio of loans. This conversation gave me the false
12  impression that Mr. Sun was asking for these things in the interest of and as a part of Shoreline's
13  business.
14
15  I declare under penalty of perjury under the laws of the United States that the
16  foregoing is true and correct.
17
18  Executed this ___ day of January, 2008 at ____深圳 (Shenzhen)____
19
20
21  黄海强 (Haiqiang Huang)
    Haiqiang Huang

-2-

DECLARATION OF HAIQIANG HUANG SUPPORTING *EX PARTE* APPLICATION FOR TRO
AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO
CONDUCT EXPEDITED DISCOVERY