

1 David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
2 COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
3 San Francisco, CA 94104
Tel (415) 391-6490
4 Fax (415) 391-6493
david@commins.com
5 ken@commins.com

6 Attorneys for Plaintiff
Shoreline Capital Management, Ltd.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 SHORELINE CAPITAL MANAGEMENT,
LTD., a British Virgin Islands company
13 limited by shares,                          No. JW CV 08 0121

14          Plaintiff,                         DECLARATION OF WEI WANG
                                               SUPPORTING *EX PARTE* APPLICATION
15     vs.                                     FOR TRO AND OSC RE PRELIMINARY
                                               INJUNCTION, AND FOR ORDER
16 XIAOBING SUN, an individual, also           GRANTING LEAVE TO CONDUCT
   known as DANIEL SUN,                        EXPEDITED DISCOVERY
17

18          Defendant.
                                          /
19

20

21     I, Wei Wang, say:

22
           1.   I am an employee of Guangzhou United (GU), the onshore
23
   agent of Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), the
24
   wholly-owned subsidiary of Shoreline Capital Management, Ltd. (Shoreline) that is
25
   the Plaintiff in this action. GU's agency contract with Shoreline Shenzhen is for the
26
   sole purpose of employing Shoreline personnel and it is 100% funded by
   Shoreline. I have personal knowledge of the matters set forth in this Declaration and
27
   would competently testify to them if called as a witness.
28
                                        - 1 -

DECLARATION OF WEI WANG SUPPORTING *EX PARTE* APPLICATION FOR TRO
AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO
                    CONDUCT EXPEDITED DISCOVERY

2. I joined Guangzhou United in September 2007, and I am still employed at Guangzhou United. During my employment with Guangzhou United, my job has been and is to service distressed assets, the primary investment of the firm.

3. Upon the commencement of my employment at Guangzhou United in September 2007, Shoreline Shenzhen and Shoreline delivered to me the Shoreline Employee Handbook, which, to my knowledge, is delivered to all employees on their date of hire. It explicitly explained that use or disclosure of its financial analysis models, Excel work sheets and other relevant documents outside of Shoreline is strictly prohibited.

4. From September to the present, I have realized that the Excel financial model used to evaluate the firm's distressed asset portfolios in China is the most important asset/tool of Shoreline Capital. It is my observation that Shoreline's partners and managers use every possible means to protect the financial model, the intellectual property contained therein, and require anyone that has used or looked at the model to sign a confidentiality agreement.

5. From September to the present, I have observed that Shoreline strictly guards as confidential all lists and information related to any potential investment deal from any asset management company, bank, or other source.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2008 at Guangzhou, China.

_____
Wei Wang

- 2 -

DECLARATION OF WEI WANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY