David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares, <br><br> Plaintiff, <br><br> vs. <br><br> XIAOBING SUN, an individual, also known as DANIEL SUN, <br><br> Defendant. | No. JW CV 08 0121 <br><br> DECLARATION OF YAN WEN SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY |

I, Yan Wen, say:

1. I am an employee of Guangzhou United (GU), the onshore agent of Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), the wholly-owned subsidiary of Shoreline Capital Management, Ltd. (Shoreline) that is the Plaintiff in this action. GU's agency contract with Shoreline Shenzhen is for the sole purpose of employing Shoreline personnel and it is 100% funded by Shoreline. I have personal knowledge of the matters set forth in this Declaration and would competently testify to them if called as a witness.

- 1 -

DECLARATION OF YAN WEN SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

2.  As a member of the deal sourcing team at Guangzhou United, a Shoreline China firm, I have become acquainted with the employees of the four primary asset management firms from whom we buy debt portfolios. Once such seller is Huarong Asset Management Company (Huarong). In my contacts with Huarong, I have met with Huarong's District Supervisory, Mr. Shuikang Sun.

3.  Not long after Agust 15, 2007, Deguang Zheng, another employee of Guangzhou United, a Shoreline China firm, and I visited Shuikang Sun in his office at Huarong to discuss a potential investment we were considering buying from Huarong. Shuikang Sun informed us that our colleague, Mr. Xiaobing Sun had called him on August 15, 2007 and solicited a meeting to discuss potential deals. Shuikang Sun told us that Xiaobing Sun told him on the phone that he was with Shoreline or Guangzhou United and so Shuikang Sun agreed to the meeting. Shuikang Sun informed us that Xiaobing Sun attended the meeting with another former Shoreline employee named Jianping Zhou and arranged to begin due diligence on a potential portfolio of loans for investment. After the meetings, Mr Zhou and Xiaobing Sun told him that they were not with Shoreline and Guangzhou United anymore and handed Mr Shuikang, Sun a business card with a different company's name on it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10 day of January, 2008 at  Guangzhou, China.

_____
Yan Wen

-2-

DECLARATION OF YAN WEN SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY