David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares,

    Plaintiff,

vs

XIAOBING SUN, an individual, also known as DANIEL SUN,

    Defendant.

No. JW CV 08 0121

DECLARATION OF YONGHUI WU SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

I, Yonghui Wu, say:

1. I am an employee of Guangzhou United (GU), the onshore agent of Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), the wholly-owned subsidiary of Shoreline Capital Management, Ltd. (Shoreline) that is the Plaintiff in this action. GU's agency contract with Shoreline Shenzhen is for the sole purpose of employing Shoreline personnel and it is 100% funded by Shoreline. I have personal knowledge of the matters set forth in this Declaration and would competently testify to them if called as a witness.

- 1 -

DECLARATION OF YONGHUI WU SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

2. On May 22, 2007, I was hired by Guangzhou United, a Shoreline China related firm and have been employed until present. In the capacity of senior asset manager, I manage for Shoreline a team of asset managers servicing a debt portfolio with the Shoreline code name "#1233", totaling over 7 billion Chinese yuan (RMB).

3. On May 30, 2007 Guangzhou United delivered to me the Shoreline Employee Handbook which is also Guangzhou United Handbook. It explicitly explained that use or disclosure of its financial analysis models, Excel work sheets and other relevant documents outside of Shoreline is strictly prohibited.

4. From May 22, 2007 to the present, I have realized that the Excel financial model used to evaluate the firm's distressed asset portfolios in China is the most important asset/tool of Shoreline. It is my observation that Shoreline's partners and managers use every possible means to protect the financial model and the intellectual property contained therein, and require anyone that has used or looked at the model to sign a confidentiality agreement.

5. In July of 2007 while Xiaobing Sun was still employed with Shoreline, Mr. Sun called me on the phone and he and I had the following conversation:

Sun: "Is this Yonghui?"

Myself: "Yes, hello Xiaobing."

Sun: "Yonghui, It's my feeling that people in favorable circumstances don't take risks, am I right?"

Myself: "What? I'm in the subway, I'm not sure I understand you."

- 2 -

DECLARATION OF YONGHUI WU SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

Sun: "What I mean is, you're the person in charge of the #1233 portfolio, so you wouldn't be willing to start a competing business, would you?"

Understanding him to have the intent that I join him to start a competing business, I answered: "I don't think that being in charge of portfolio #1233 constitutes favorable circumstances. But since I took on the responsibility of managing it, I'm certainly going to stick to it."

Sun: "Oh, well then, we'll have to talk later. Goodbye."

Myself: "Goodbye."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2008 at _Guangzhou, China_.

_____
Yonghui Wu

- 3 -

DECLARATION OF YONGHUI WU SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY