David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>vs.<br><br>XIAOBING SUN, an individual, also known as DANIEL SUN,<br><br>Defendant. | No. JW CV 08 0121<br><br>DECLARATION OF LINYU YANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY |

I, Linyu Yang, say:

1.  I am Linyu Yang, partner of Shoreline Capital Management, Ltd. (Shoreline) and partner of Guangzhou United (GU). I am in charge of Shoreline's operations. Shoreline is not registered in Guangzhou, China instead, it fully commissions all of its commercial activities and business operations in China to GU. Therefore, GU has all the financial analysis models, Excel Work sheets, Employment Contracts, Non-Compete Agreements, and Employee Handbooks provided by Shoreline.

- 1 -

2. Every employee knows that working for GU is the same as working for Shoreline. Every employee, upon hire, is instructed that all of Shoreline's work-related data, statistics, documents, and relevant information are confidential. All the rules are explicitly explained in the Employee Handbook which is required to be read and complied with. GU and Shoreline share the same Employee Handbook.

3. On July 17, 2007, Xiaobing Sun asked, via e-mail, for leave of absence to travel with his family. On August 6, 2007, Qiang Du, via e-mail, asked for one week leave of absence to visit his family. Since the above dates, they never came back to work. On September 18, 2007, Xiaobing Sun came back to the office and returned his computer, along with Qiang Du's computer, to the office. To date, they have not conducted the required exit procedure with our company.

4. What I learned about Xiaobing Sun and Qiang Du since Xiaobing Sun took leave of absence:

> 1. On August 15, 2007, I assigned Deguang Zheng, our company's employee, to travel to Zhanjiang, Guangdong. Deguang Zheng e-mailed to me during his travel. The full content of his email is as follows:
>
> Everyone:
>
> I received a phone call yesterday afternoon (August 14) from Shuikang Sun, the manager of Huarong's Zhanjiang team. The first thing he asked was who's in charge of the #1233 portfolio placement in Zhanjiang. I felt surprised, because it's the second phone call from him asking me the same question. The first phone call, on Friday, August 10,

- 2 -

didn't raise any question in my mind since I explained to Huarong that Shoreline's top management makes the final decision and I'm the one who does the ground work. When being asked the second time, I asked why and was told that Xiaobing Sun claimed to be in charge of the Zhanjiang area, and any related projects needed to go through him. I also learned that Xiaobing Sun said he would come to Zhanjiang to meet with Huarong the next day (Aug 15). (I was not sure if he was already on his way.) As far as I knew, Xiaobing Sun was never responsible for the Zhangjiang area for Shoreline. Our Yuexi team is assigned the Zhanjiang plan. Thus, I wondered, if XiaoBing Sun were assigned to represent our company in Zhanjiang, if we were to go there too, would there be any conflicts? (I was not sure if our company had assigned the task to him as I haven't seen him at the office for quite a while). I'm therefore writing in email to report the situation and ask the management to advise on how to proceed. Thank you. Deguang Zheng.

The above stated fact show that Xiaobing Sun was already contacting and soliciting business from our customers falsely using his Shoreline title. As a partner of Shoreline, I knew that Shoreline never assigned Xiaobing Sun to be in charge of the Zhanjiang portfolio.

2.      Yanmei Liang, our company's employee, brought to my attention that Xiaobing Sun had asked her to introduce him to the management team of Cinda, the Chinese asset management company. But later, he sent her a text message saying he had already taken care of it.

3.      Haiqiang Wang, the manager of our Shenzhen office, reported to me that

- 3 -

DECLARATION OF LINYU YANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

on September 24, 2007, Xiaobing Sun contacted him. Xiaobing Sun told him that he was working with a lawyer in Beijing and was preparing for the purchase of an asset portfolio from Cinda's Guangzhou office. Cinda is one non-performing loan seller out of four state owned asset management companies and is Shoreline's vendor. Xiaobing Sun asked Haiqiang to introduce him to Cinda Guangzhou staff so that Cinda's Guangzhou would allow Xiaobing Sun to read its portfolio information.

4. Deguang Zheng, one of our company's employees, warned me on two fronts. First, he saw a financial analysis model from the computer of Jianping Zhou, an employee of Xiaobing Sun's company. Deguang Zheng told me the financial analysis model he saw is almost identical to the one belonging to Shoreline. Deguang Zheng also learned from Jianping Zhou that Xiaobing Sun and Qiang Du had set up a firm to do due diligence research in distressed assets. Second, Deguang Zheng was questioned by Zhitao Guan from Huarong Asset Management Company about whether Xiaobing Sun was still with Shoreline. The question implied that Xiaobing Sun had approached Zhitao Guan and discussed with Zhitao the same businesses that Shoreline does with Huarong.

5. On January 10, 2008, I met Feng Lin (also known as Frank Lin) at the Shoreline Guangzhou office regarding his involvement with Xiaobing Sun and Qiang Du breaching their confidentiality agreements and non-compete agreements. Feng Lin is a former employee of Shoreline. Feng Lin admitted in writing to Shoreline that Xiaobing Sun, Qiang Du and two others participated in due diligence on non-performing loans at Huarong Asset Management Company in Zhanjang and at Cinda's Shanwei office. Feng Lin also said that all these activities were under the name of Rongteng Investment Co. (English Name: Asia

- 4 -

DECLARATION OF LINYU YANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY