David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares, <br><br> Plaintiff, <br><br> vs. <br><br> XIAOBING SUN, an individual, also known as DANIEL SUN, <br><br> Defendant. | No. JW CV 08 0121 <br><br> DECLARATION OF WEIHONG YE SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY |

I, Weihong Ye, say:

1. I am an employee of Guangzhou United (GU), the onshore agent of Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), the wholly-owned subsidiary of Shoreline Capital Management, Ltd. (Shoreline) that is the Plaintiff in this action. GU's agency contract with Shoreline Shenzhen is for the sole purpose of employing Shoreline personnel and it is 100% funded by Shoreline. I have personal knowledge of the matters set forth in this Declaration and would competently testify to them if called as a witness.

- 1 -

2.  I joined Guangzhou United Co in April 2007, and I am still employed at Guangzhou United, a Shoreline related company. At Guangzhou United, I am the administration Clerk.

3.  In April 2007, Shoreline Shenzhen and Shoreline Capital delivered to me the Shoreline Employee Handbook, which, to my knowledge, is delivered to all employees on their date of hire. It explicitly explained that use or disclosure of its financial analysis models, Excel work sheets and other relevant documents outside of Shoreline is strictly prohibited. I distribute this handbook to all new employees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2008 at Guangzhou, China.

_____
Weihong Ye

- 2 -

DECLARATION OF WEIHONG YE SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY