David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares,

Plaintiff,

vs.

XIAOBING SUN, *an individual, also known* as DANIEL SUN,

Defendant.

/

No. JW CV 08 0121

DECLARATION OF XIAOLIN ZHANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

I, Xiaolin Zhang, say:

1. I am Xiaolin Zhang, partner of Guangzhou United Co., Ltd (GU) and Shoreline Capital Management, Ltd. (Shoreline). GU is the onshore agent of Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), the wholly-owned subsidiary of Shoreline that is the Plaintiff in this action. GU's agency contract with Shoreline Shenzhen is for the sole purpose of employing Shoreline personnel and it is 100% funded by Shoreline. I have

- 1 -

DECLARATION OF XIAOLIN ZHANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

personal knowledge of the matters set forth in this Declaration and would competently testify to them if called as a witness.

2. Xiaobing Sun joined Shoreline on March 28, 2007 and was never fired and did not resign from Shoreline. The last time Xiaobing Sun appeared at Shoreline was on September 28, 2007 when he returned a laptop he had used as a Shoreline employee. The laptop belongs to Shoreline. Shoreline started to train Xiaobing Sun right after his arrival as he had no experience in non-performing loans in China. During the training period, Xiaobing Sun suggested to me several times that I should introduce him to all my contacts with presidents of deal sellers, which are four state-owned asset management companies. He even suggested that I travel with him to meet presidents of these vendor companies. He also asked me to train him regarding US dollar repatriation issues which are key to setting up a similar investment fund. No other employees in Shoreline had ever asked me to do these things. As a new employee who knew little about the non-performing loan business, what Xiaobing Sun did was strange, as he should have focused first on acquiring legal knowledge and the skills of financial valuation related to Shoreline's business.

3. While Xiaobing Sun was an employee at Shoreline, several employees told me that he had told other employees that it would be easy for him to raise a similar fund. Xiaobing Sun even told me that it would be easy for him to raise a similar fund and source deals in China. Xiaobing Sun asked me several times to send him Shoreline's Private Placement Memorandum (PPM) one month after he joined Shoreline. As the PPM is Shoreline's confidential material and it was not proper for an employee to ask for this document, I refused his request. Benjamin Fanger also told me that he felt it was odd for an employee to ask for a PPM from Shoreline partners.

- 2 -

DECLARATION OF XIAOLIN ZHANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY

4. On July 17, 2007, Xiaobing Sun, via email, suggested to me that he should be in charge of communication with sellers, investors, LPs and co-investors in Shoreline. All these responsibilities are key to setting up a fund similar to Shoreline.

5. In December 2007, two Shoreline LPs notified us that Daniel (Mr. Sun) and Qiang Du had contacted them. Daniel and Qiang Du got to know them while they were at Shoreline when LPs visited Shoreline's Guangzhou office. Daniel got the LPs' name cards during a Shoreline meeting. In emails to our LP, Daniel claimed that he had set up his own fund doing the same business as Shoreline.

6. On December 20, 2007, I called Qiang Du and asked him if he was involved in Daniel's company. Qiang Du and Xiaobing Sun both claimed to be co-founders of Rongteng Investment Co., or Asia LTI in the PPM Xiaoibing Sun sent to Shoreline's LPs. Qiang Du told me that he had seen Xiaobing Sun send Shoreline's portfolio files, pricing materials and financial analysis models to Xiaobing's friend working at Goldman Sachs and Xiaobing Sun did so to convince this friend to join Rongteng. All these portfolios are still under the management of Shoreline and GU and the information Xiaobing Sun sent to his friend at Goldman Sachs was confidential. Revealing these documents and information seriously hurt Shoreline and its investors' interests. Qiang Du also told me that he had already broken up with Xiaobing Sun as he found that Xiaobing Sun was a dishonest person.

7. On January 10, 2008, I met Feng Lin who identified Xiaobing Sun in Rongteng's PPM as member of Rongteng. Feng Lin admitted in writing that, while working with Xiaobing Sun at Rongteng, he saw Xiaobing Sun keep Shoreline's financial models, Excel spreadsheets and loan documents in Xiaobing Sun's laptop computer. When Feng Lin saw those materials in Xiaobing Sun's laptop, Xiaobing Sun had already left Shoreline and started working for Rongteng, a competing business. Jianping Zhou, a partner at Rongteng, and also an

[illegible] employee of Shoreline, told Feng Lin that he took out all Shoreline's loan files, portfolio [illegible] spreadsheets, and financial models and planned to sell them for money. Feng Lin also [illegible] Xiaoling Sun went to meet Shoreline's customer, Huarong [illegible] [illegible] Shoreline's name but for [illegible] business. Feng Lin also [illegible] that he performed with Xiaoling Sun done due diligence on [illegible]. Feng Lin agreed that Xiaoling Sun had breached the [illegible] agreements he had signed with Shoreline.

[illegible] penalty of perjury under the laws of the United States that the [illegible]

[illegible] day of January, 2008 at [illegible] CA.

[illegible]
Xiaolin Zhang

4

DECLARATION OF XIAOLIN ZHANG SUPPORTING *EX PARTE* APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION, AND FOR ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY