David H.S. Commins (CSBN 124205)
Kenneth C. Webster  (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.


### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION


| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares, | No.  JW CV 08 0121 |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| XIAOBING SUN, an individual, also known as DANIEL SUN, | |
| Defendant. | |

I, the undersigned, declare:


That I am employed in the City and County of San Francisco, California; I am over the age of 18 and not a party to this action; my business address is Commins & Webster, P.C., 400 Montgomery Street, Suite 200, San Francisco, CA 94104.


On January 15, 2008, I served the following document:

- 1 -

PROOF OF SERVICE

1    (1)    Shoreline Capital Management, Ltd.'s Ex Parte Application for TRO and

2    OSC Re Preliminary Injunction, and for Order Granting Leave to Conduct

3    Expedited Discovery,

4

5    **by e-mail and U.S. Mail to  Xiaobing "Daniel" Sun**:

6    xiaobing_sun@yahoo.com
     xsun1@chicagogbs.edu

7

8    Mr. Xiaobing Sun
     5795 Bellflower Drive
9    Newark, CA 94560

10

11    DATED:  January 15, 2008.

12

13    I declare under penalty of perjury under the laws of the United States that the

14    foregoing is true and correct.

15

16

17    _____
                    Sophia Chung

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE