United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Shoreline Capital Management, LTD., <br><br> Plaintiff, <br> v. <br><br> Xiaobing Sun, a.k.a. Daniel Sun, <br><br> Defendant. <br> _____/ | NO. C 08-00121 JW <br><br> **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Presently before the Court is Plaintiff Shoreline Capital Management, Ltd.'s ("Shoreline")[1] *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, and for Leave to Conduct Expedited Discovery, (See Docket Item No. 16.)[2] Plaintiff represents that it has given notice Defendant Xiaobing Sun of its Application. (See Docket Item No. 5.)

//
//

---

[1] (Complaint, Docket Item No. 1.)

[2] Plaintiff submits the following declarations in support of its motion: Declarations of Benjamin Fanger, Linlin Gong, Haiqiang Huang, Wei Wang, Yan Wen, Yonghui Wu, Linyu Yang, Weihong Ye, Xiaolin Zhang, and Deguang Zheng. (See Docket Item Nos. 6-15.)

The Court, having considered the papers submitted by counsel, finds there are allegations that:

1. Shoreline's rights with respect to its property, proprietary and confidential information, competitive interests, and contractual rights with Defendant are being and will continue to be violated by Defendant unless Defendant is restrained in the manner set forth below.

2. Shoreline will suffer irreparable harm and loss if Defendant is permitted to: (a) convert Shoreline's property for his own use and that of Shoreline's direct competitor, Asia LTI, Defendant's new company and new employer, and (b) solicit Shoreline's investment customers, bankers and investment managers that are its vendors, and employees.

3. Shoreline has no adequate remedy at law.

4. Greater injury would be inflicted upon Shoreline if temporary injunctive relief were denied than will be incurred by Defendant if the requested relief is granted.

5. The public interest would be served by a grant of the requested relief.

Accordingly, it is hereby ordered that Defendant shall appear before the Court on **January 25, 2008 at 9 A.M.** and show cause why a preliminary injunction should not be entered as follows:

A. Enjoining and restraining Defendant Xiaobing Sun, directly or indirectly, whether acting alone or in concert with others, including any officer, agent representative, or employee of Asia LTI, during the pendency of this litigation from:

   1. soliciting any business from any Shoreline client, customer or vendor whom Defendant Sun served during his employment with Shoreline, or any other client, customer or vendor whose name became known to Defendant Sun while in the employ of Shoreline (for purposes of this Order, Shoreline shall include Shoreline Capital Management, Ltd., as well as its wholly owned

subsidiary, Shoreline Capital Consulting (Shenzhen) Co., Ltd. (Shoreline Shenzhen), and Guangzhou United, the onshore agent of Shoreline Shenzhen;

2. contacting for business purposes, whether in person, through others, by telephone or in writing, any client, customer or vendor of Shoreline whom Defendant Sun served during his employment with Shoreline, or any other client, customer or vendor whose name became known to Defendant Sun while in the employ of Shoreline;

3. soliciting for employment any current employee of Shoreline; and

4. using, disclosing, or transmitting for any purpose (including but not limited to the solicitation of said clients, customers, vendors and employees of Shoreline), the names, addresses, telephone numbers, and other contact information as well as any financial information of any of said clients, customers, vendors and employees of Shoreline, any information contained in Shoreline's records, including but not limited to the financial model known as The Shoreline Pricing Model or The Shoreline Debt Pricing Model, and any of Shoreline's Potential Investment Lists;

B. Ordering Defendant to return to Shoreline:

1. all originals copies, or other reproductions in whatever form of the names, addresses, telephone numbers, and other contact information as well as any financial information of any of Shoreline's clients, customers, vendors and employees, any information contained in Shoreline's records, including but not limited to the financial model known as The Shoreline Pricing Model or The Shoreline Debt Pricing Model, and any of Shoreline's Potential Investment Lists;

2. all originals copies, or other reproductions in whatever form of any Shoreline document or other form of recorded information; and

       3.     any of Shoreline's computer equipment in his possession, custody or control, as well as any Shoreline computer software, hardware or data he may possess, have custody of or control.

C. Ordering Defendant to make available for immediate inspection by Shoreline or its expert all computer environments used by Defendant, including but not limited to desktop, laptop, and hand-held computers, personal digital assistants, cell phone address books and memos, whether they be utilized at Asia LTI, Defendant's residence or elsewhere.

D. Granting leave to commence expedited discovery on a schedule to be set by the Court.

Plaintiff shall serve this Order on Defendant on or before **January 18, 2008**. Plaintiff shall file proof of service no later than **midnight**, **January 18, 2008**. Defendant's opposition, if any, shall be filed by **January 23, 2008**.

Dated: January 15, 2008

                                                                JAMES WARE
                                                                United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David H.S. Commins david@commins.com

3
4  **Dated:  January 15, 2008**                                **Richard W. Wieking, Clerk**

5                                                              **By:   /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
6                                                                     **Courtroom Deputy**