1  David H.S. Commins (CSBN 124205)
   Kenneth C. Webster (CSBN 179058)
2  COMMINS & WEBSTER, P.C.
   400 Montgomery Street, Suite 200
3  San Francisco, CA 94104
   Tel (415) 391-6490
4  Fax (415) 391-6493
   david@commins.com
5  ken@commins.com

6  Attorneys for Plaintiff
   Shoreline Capital Management, Ltd.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  SHORELINE CAPITAL MANAGEMENT,
    LTD., a British Virgin Islands company
13  limited by shares,                           No. JW CV 08 0121

14              Plaintiff,                       PROOF OF SERVICE

15       vs.

16  XIAOBING SUN, an individual, also known
    as DANIEL SUN,
17
                Defendant.
18  _____/

- 1 -

PROOF OF SERVICE

## PROOF OF PERSONAL SERVICE

Case No. : C-08-00121 JW
RE: Shoreline Capital Management, LTD, v Xiaobing Sun a.k.a. Daniel Sun

I, the undersigned, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years, and not a party to the within entitled action. My business address is 75 Columbia Square, in San Francisco, California.

On January 16, 2008, I served a copy of the following document(s):

- o ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

on the interested party in said cause, by serving a copy of the aforementioned documents to:

Xiaobing Sun
5795 Bellflower Drive
Newark, CA 94560

As no one was home at this time, documents were left in a pre addressed, sealed envelope, at the front door of the residence, at 1:00 PM.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on:

Date:   January 17, 2008

Signed: _____
Larry Tisdall
Western Attorney Services
County of San Francisco, Registration No. 234