David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares, | No. JW CV 08 0121 |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| XIAOBING SUN, an individual, also known as DANIEL SUN, | |
| Defendant. | |

- 1 -

PROOF OF SERVICE

DECLARATION RE: DUE DILIGENCE

**Case No. : C-08-00121 JW**
**RE: Shoreline Capital Management, LTD, v Xiaobing Sun a.k.a. Daniel Sun**

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, in San Francisco, California.

In my capacity as a process server, I have attempted to personally serve **Xiaobing Sun with an Order Denying Plaintiff's Ex Parte Application for TRO; Order to Show Cause re: Preliminary Injunction.** I was unable to effect personal service. My attempts at service were as follows:

**Attempts made at: Xiaobing Sun, 5795 Bellflower Drive, Newark, CA 94560:**

Jan 17, 2008 at 8:00 PM – I drove up to the residence. I got out of my car and approached the garage door as it was just starting to open. I saw a woman and a child. As soon as the woman saw me, she shut the garage door. I could hear her speaking inside. I asked through the garage door if Xiaobing Sun was there. She said, through the garage door, "I do not want to answer any questions." I left and returned about 15 minutes later, hoping she may open the garage door again and come out. She never did. I also knocked on the front door of the residence. No one answered.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 18, 2008, at San Francisco, California.

Randolph Hartmann
Western Attorney Services
Registration No. 1014, County of San Francisco