AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Shoreline Capital Management, Ltd., a British Virgin Islands company limited by shares

V.

Xiaobing Sun, an individual, also known as Daniel Sun

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 08 0121 JW

TO: (Name and address of Defendant)

Xiaobing Sun, an individual
also known as Daniel Sun
5795 Bellflower Drive
Newark, CA 94560

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H.S. Commins, Esq.
Commins & Webster, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-8-08

ANNA SPRINKLES