UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:**  1/25/2008  **Court Reporter:** Irene Rodriguez
**Case No.:** C-08-0121 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

**Shoreline Capital Management LTD v. Xiaobing Sun**

**Attorney(s) for Plaintiff(s)**: David Commins
**Attorney(s) for Defendant(s)**: Charles Jung

## PROCEEDINGS

OSC re Preliminary Injunction

## ORDER AFTER HEARING

Hearing Held.  The Court set a briefing schedule re subject matter jurisdiction.  The Court to issue further order on Preliminary Injunction.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: