CHARLES H. JUNG (SBN 217909)
MICHAEL P. DILLINGHAM (SBN 244086)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile:  (415) 534-3200
cjung@nassiri-jung.com

Attorneys for Defendant
XIAOBING SUN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands Company limited by shares,<br><br>Plaintiff,<br><br>vs.<br><br>XIAOBING SUN, an individual,<br><br>Defendant. | Case No. 5:08-cv-00121-JW<br><br>PARTIES' STIPULATION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT |

WHEREAS Defendant Xiaobing Sun's ("Mr. Sun") response to Plaintiff Shoreline Capital Management Ltd.'s ("Shoreline") Complaint in the above captioned case is due Monday, January 28, 2008;

WHEREAS the Court is considering Mr. Sun's request to dismiss this case in its entirety due to lack of subject matter jurisdiction;

WHEREAS the parties are required today and this week to exchange documents and evidence regarding the Court's subject matter jurisdiction, and to prepare and file memoranda regarding the same;

1 | WHEREAS Shoreline has agreed to extend Mr. Sun's time in which to answer or otherwise respond to the Complaint until 15 days after the Court issues a ruling on whether it has subject matter jurisdiction;

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. Mr. Sun's time in which to respond to Shoreline's Complaint shall be extended until 15 days after the Court has issued a ruling regarding the Court's subject matter jurisdiction.

DATED: January 28, 2008              NASSIRI & JUNG LLP

                                     By: _____
                                              CHARLES H. JUNG

                                     Attorneys for Defendant
                                     XIAOBING SUN

DATED: January 28, 2008              COMMINS & WEBSTER, P.C.

                                     By: _____
                                              DAVID H. S. COMMINS

                                     Attorneys for Plaintiff
                                     SHORELINE CAPITAL MANAGEMENT, LTD.

1 | WHEREAS Shoreline has agreed to extend Mr. Sun's time in which to answer or otherwise respond to the Complaint until 15 days after the Court issues a ruling on whether it has subject matter jurisdiction;

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. Mr. Sun's time in which to respond to Shoreline's Complaint shall be extended until 15 days after the Court has issued a ruling regarding the Court's subject matter jurisdiction.

DATED: January 28, 2008            NASSIRI & JUNG LLP

By:_____
        CHARLES H. JUNG

Attorneys for Defendant
XIAOBING SUN

DATED: January 28, 2008            COMMINS & WEBSTER, P.C.

By: _____
        DAVID H. S. COMMINS

Attorneys for Plaintiff
SHORELINE CAPITAL MANAGEMENT, LTD.