CHARLES H. JUNG (SBN 217909)
MICHAEL P. DILLINGHAM (SBN 244086)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile:  (415) 534-3200
cjung@nassiri-jung.com

Attorneys for Defendant
XIAOBING SUN

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands Company limited by shares,<br><br>Plaintiff,<br><br>vs.<br><br>XIAOBING SUN, an individual,<br><br>Defendant. | Case No. 5:08-cv-00121-JW<br><br>PARTIES' STIPULATION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT |

WHEREAS Defendant Xiaobing Sun's ("Mr. Sun") response to Plaintiff Shoreline Capital Management Ltd.'s ("Shoreline") Complaint in the above captioned case is due Monday, January 28, 2008;

WHEREAS the parties are required today and this week to exchange documents and evidence regarding the Court's subject matter jurisdiction, and to prepare and file memoranda regarding the same;

CASE NO. 5:08-cv-00121-JW

PARTIES STIPULATION TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

WHEREAS Shoreline has agreed to extend Mr. Sun's time in which to answer or otherwise respond to the Complaint until 15 days after the Court issues a ruling on whether it has subject matter jurisdiction;

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. Mr. Sun's time in which to respond to Shoreline's Complaint shall be extended until 15 days after the Court has issued a ruling regarding the Court's subject matter jurisdiction.

DATED: January 28, 2008

NASSIRI & JUNG LLP

By: _____
CHARLES H. JUNG

Attorneys for Defendant
XIAOBING SUN

DATED: January 28, 2008

COMMINS & WEBSTER, P.C.

By: _____
DAVID H. S. COMMINS

Attorneys for Plaintiff
SHORELINE CAPITAL MANAGEMENT, LTD.

1 | WHEREAS Shoreline has agreed to extend Mr. Sun's time in which to answer or otherwise respond to the Complaint until 15 days after the Court issues a ruling on whether it has subject matter jurisdiction;

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. Mr. Sun's time in which to respond to Shoreline's Complaint shall be extended until 15 days after the Court has issued a ruling regarding the Court's subject matter jurisdiction.

DATED: January 28, 2008    NASSIRI & JUNG LLP

By:_____
CHARLES H. JUNG

Attorneys for Defendant
XIAOBING SUN

DATED: January 28, 2008    COMMINS & WEBSTER, P.C.

By:_____
DAVID H. S. COMMINS

Attorneys for Plaintiff
SHORELINE CAPITAL MANAGEMENT, LTD.

**\*\*\* ORDER \*\*\***

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: January 31, 2008    _____
JAMES WARE
United States District Judge