David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
ken@commins.com

Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares, | No. JW CV 08 0121 |
| Plaintiff, | DECLARATION OF BENJAMIN FANGER SUPPORTING SHORELINE CAPITAL MANAGEMENT, LTD.'S MEMORANDUM RE SUBJECT MATTER JURISDICTION |
| vs. | |
| XIAOBING SUN, an individual, also known as DANIEL SUN, | |
| Defendant. | |

I, Benjamin Fanger, say:

1.      I am a principal of Shoreline Capital Management, Ltd. (Shoreline), the Plaintiff in this action. I have personal knowledge of the matters set forth in this Declaration and would competently testify to them if called as a witness.

- 1 -

DECLARATION OF BENJAMIN FANGER SUPPORTING SHORELINE CAPITAL
MANAGEMENT, LTD.'S MEMORANDUM RE SUBJECT MATTER JURISDICTION

2.  While he attended graduate school in Chicago, Mr. Sun resided in Newark, California with his wife and children and traveled to Illinois to attend the University of Chicago's weekend program.

3.  Mr. Sun operates a California corporation called S-Logic. The California Secretary of State still shows that company, which was registered in January 2002, to be "active," shows its address to be Mr. Sun's residence address in Newark, California, and shows him to be the agent for service of process. Attached as Exhibit A is a true and correct copy of the California Secretary of State's corporate registration status web page for S-Logic as of January 31, 2008, showing information current as of January 25, 2008.

4.  Mr. Sun was a Lawful Permanent Resident in the United States under 8 U.S.C. § 1255 when he joined Shoreline.

5.  In June 2007, Mr. Sun returned to the United States from China for his U.S. citizenship interview. When I asked him about his trip, he explained that it was to maintain his permanent resident status in the United States.

6.  The day the Complaint was filed and served I met with Mr. Sun. Mr. Sun said then that his wife was an LPR in the United States and was in the process of applying for citizenship.

7.  When Mr. Sun started working for Shoreline, he told me that he owned his home in Newark., California.

- 2 -

DECLARATION OF BENJAMIN FANGER SUPPORTING SHORELINE CAPITAL MANAGEMENT, LTD.'S MEMORANDUM RE SUBJECT MATTER JURISDICTION

8. Mr. Sun still owns the home in Newark, California. Attached as Exhibit B is a true and correct copy of a North American Title Company Property Profile report that I received on January 31, 2008 from North American Title Company showing Mr. Sun's (and Di Wu's current ownership of 5795 Bellflower Drive, Newark, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of January, 2008 at  Campbell, CA .

Benjamin Fanger

- 3 -

DECLARATION OF BENJAMIN FANGER SUPPORTING SHORELINE CAPITAL
MANAGEMENT, LTD.'S MEMORANDUM RE SUBJECT MATTER JURISDICTION

**EXHIBIT A**



## California Business Portal
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JAN 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| S-LOGIC |||
| **Number:** C2371619 | **Date Filed:** 1/3/2002 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 5795 BELL FLOWER DR |||
| NEWARK, CA 94560 |||
| Agent for Service of Process |||
| XIAOBING SUN |||
| 5795 BELL FLOWER DR |||
| NEWARK, CA 94560 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT B**



## NORTH AMERICAN TITLE COMPANY
*Like Clockwork®*

**Property Profile**

Primary Owner: SUN,XIAOBING
Secondary Owner: DI,WU
Mail Address: 5795 BELLFLOWER DR
NEWARK, CA 94560
Site Address: 5795 BELLFLOWER DR
NEWARK, CA 94560
Telephone Number:
APN: 092A-2593-015-00
Reference APN:
Census Tract: 4446.001
Housing Tract Number:
Lot Number:
Page Grid Old: 88-A6
Page Grid New: 752-G7
Legal Description: TRACT 5330 LOT 14
Subdivision:

### Property Characteristics

| | | |
|---|---|---|
| Bedrooms: 3 | Year Built: 1985 | Square Feet: 1,324 |
| Bathrooms: 2.0 | Garage: Y | Lot Size: |
| Total Rooms: 5 | Fireplace: | Number of Units: 1 |
| Zoning: | Pool/View: | Use Code: Single Family Residence |
| Heating/Cooling: | | |

### Sale & Loan Information

| | | |
|---|---|---|
| Transfer Date: 03-24-2000 | Seller: | Document: 0000085903 |
| Transfer Value: $315,000 | Cost/Sq Feet: $237.92 | Title Co.: Old Republic Title |
| First Loan Amt: $250,000 | Lender: Downey S&L | Last Trans W/O$: |
| Loan Type: | Interest Rate Type: F | Last Trans W/O$ Doc: |

### Assessed & Tax Information

| | | |
|---|---|---|
| Assessed Value: $377,066 | Percent Improvement: 71.24 | Homeowner Exemption: Y |
| Land Value: $108,444 | Tax Amount: $,541 | Tax Rate Area: 11010 |
| Improvement Value: $268,622 | Tax Status: current | |

© 2008 DataQuick Information Systems. This information is compiled from public records and is not guaranteed.