1  David H.S. Commins (CSBN 124205)
   Kenneth C. Webster  (CSBN 179058)
2  COMMINS & WEBSTER, P.C.
   400 Montgomery Street, Suite 200
3  San Francisco, CA 94104
   Tel (415) 391-6490
4  Fax (415) 391-6493
   david@commins.com
5  ken@commins.com

6  Attorneys for Plaintiff
   Shoreline Capital Management, Ltd.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  SHORELINE CAPITAL MANAGEMENT,
    LTD., a British Virgin Islands company
13  limited by shares,                              No.  JW CV 08 0121

14           Plaintiff,                             DECLARATION OF DAVID COMMINS
                                                    SUPPORTING SHORELINE CAPITAL
15       vs.                                        MANAGEMENT, LTD.'S
                                                    MEMORANDUM RE SUBJECT MATTER
16  XIAOBING SUN, an individual, also known         JURISDICTION
    as DANIEL SUN,
17
             Defendant.
18  _____/

19

20

21           I, David H.S. Commins, say:

22

23           1.      I am a shareholder and director of Commins & Webster, P.C., attorneys

24  for Plaintiff Shoreline Capital Management, Ltd. (Shoreline), the Plaintiff in this action.  I have

25  personal knowledge of the matters set forth in this Declaration and would competently testify to

26  them if called as a witness.

27

28
                                         - 1 -

2.     On Tuesday, January 29, 2008, I asked counsel for Mr. Sun, via e-mail, if Mr. Sun had filed any AR-11 forms in 2007, but to date I have received no response. A true and correct copy of my e-mail to Mr. Jung is attached as Exhibit A.

3.     On Wednesday, January 30, 2008, I spoke with Mr. Jung about whether Mr. Sun would produce any AR-11 forms. Mr. Jung said he did not know.

4.     To date, my firm has not received any AR-11 forms from Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 31, 2008.

_____/David H.S. Commins/_____
David H.S. Commins

- 2 -

**EXHIBIT A**

## David Commins

**From:**    David Commins [david@commins.com]

**Sent:**    Tuesday, January 29, 2008 3:05 PM

**To:**      'Charles Jung'

**Cc:**      'Ken Webster'

**Subject:** AR-11 Forms

Dear Charles,

We did not receive any AR-11 forms with the papers you provided yesterday.  Did Mr. Sun submit any to the U.S. CIS or to Homeland Security in 2007?

David

David H.S. Commins
Commins & Webster, P.C.
400 Montgomery St., Suite 200
San Francisco, CA 94104

tel (415) 391-6490
fax (415) 391-6493
www.commins.com

**CONFIDENTIALITY NOTICE**: This e-mail may contain confidential information and attorney work product that may also be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this e-mail, or taking of any action in reliance on the contents or information contained in it may be strictly prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail or telephone.