PROOF OF SERVICE

I, Sophia Chung, am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is 400 Montgomery Street, Suite 200, San Francisco, CA 94104.

On January 31, 2008, I served the following:

- SHORELINE CAPITAL MANAGEMENT, LTD.'S MEMORANDUM RE SUBJECT MATTER JURISDICTION

- DECLARATION OF BENJAMIN FANGER SUPPORTING SHORELINE CAPITAL MANAGEMENT, LTD.'S MEMORANDUM RE SUBJECT MATTER JURISDICTION

- DECLARATION OF DAVID COMMINS SHORELINE CAPITAL MANAGEMENT, LTD.'S MEMORANDUM RE SUBJECT MATTER JURISDICTION

**by U.S. Mail addressed to:**
Charles H. Jung, Esq.
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 31, 2008

_____
Sophia Chung