1   CHARLES H. JUNG (SBN 217909)
    MICHAEL P. DILLINGHAM (SBN 244086)
2   NASSIRI & JUNG LLP
    251 Kearny Street, Suite 501
3   San Francisco, CA 94108
    Telephone:  (415) 373-5699
4   Facsimile:   (415) 534-3200
    cjung@nassiri-jung.com
5
    Attorneys for Defendant
6   XIAOBING SUN

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13  SHORELINE CAPITAL MANAGEMENT,        Case No. 5:08-cv-00121-JW
    LTD., a British Virgin Islands Company
14  limited by shares,                   DECLARATION OF XIAOBING SUN
                                         IN SUPPORT OF OPPOSITION TO
15              Plaintiff,               MOTION FOR PRELIMINARY
                                         INJUNCTION AND SUBJECT
16      vs.                              MATTER JURISDICTION

17  XIAOBING SUN, an individual,

18              Defendant.

19

20

21

22

23

24

25

26

27

28

- 1 -    DECLARATION OF SUN ISO OPPOSITION TO
                                                         MOTION FOR PRELIMINARY INJUNCTION

I, Xiaobing Sun, declare:

1.  I have personal knowledge of the facts set forth herein, and if called as a witness would and could testify competently thereto.

2.  Beginning in November 2006, Mr. Fanger recruited me from the Graduate School of Business at the University of Chicago.  Promising partnership and a permanent position, Fanger guaranteed me a prominent place at Shoreline.

3.  Shoreline and Fanger guaranteed me long-term employment, and convinced me to abandon my degree program, and uproot my life to move back to China.  Shoreline and Fanger rushed me into signing an "offer letter."

4.  Despite stating in the letter that I would first experience a "trial period" at Shoreline, Mr. Fanger assured me that my employment was guaranteed.  Promising much greater pay in the future, Shoreline offered an initial salary of only about 10,000 RMB a month.

5.  I quit the University of Chicago and moved to China with the expectation of permanent employment.

6.  On April 5, 2007, my mother was diagnosed with Ovarian Cancer.  My mother had surgery to try to remove her cancer on April 15, 2007.

7.  The doctor used a "CA125" test to evaluate cancer growth.  A higher CA125 result means that the cancer patient is worse off.  My mother's doctor told me that a "normal" CA125 is lower than 35.

8.  Attached as Exhibit A is a true and correct copy of the doctor's diagnostic memo, which shows my mother's CA125 test results.

9.  On April 12, 2007 before her surgery, my mom's CA125 was 1,110.

10. On May 8 2007, after her surgery and first chemical therapy, her CA125 dropped to 285.

11. On September 4, 2007, my mother's CA125 was 84.

12. On October 8, her CA125 rose to 149.

13. On November 7, 2007, my mother's CA125 rose to 151.

DECLARATION OF SUN ISO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

14. And on December 3, 2007, it rose again to 211.

15. I became so worried that I asked for further diagnosis at one of the best hospitals in China—Beijing Union Medical College Hospital. My mother was seen at that hospital on December 17, December 26 and January 17. The doctors confirmed that her first surgery was not successful.

16. The doctors warned that my mother needs a second surgery as soon as possible.

17. On January 22, 2008 my mother's CA125 increased to 494

18. I am my mother's only child, and I must stay in China indefinitely to care for her. My father cannot adequately care for my mother because he is seventy years old, and sick with heart disease.

19. I have lived in China since March 2007. I established an abode at HuangPu Street in Guangzhou, China from March 2007. When my mother fell ill, I established an abode in her home on Hongqi South Street in Tianjin China. I have maintained an apartment at Qijaia Drive in Beijing, China since April 2006. I allowed my mother-in-law, Yazhao Wang, to live there in 2007. In August 2007, when it became apparent to me that I would need to remain in China to take care of my mother, I asked my mother-in-law to move from my apartment. I needed to live at that abode with my mother because she receives treatment in Beijing, which is about 80 miles from Tianjin. In August 2007, I intended to remain in China indefinitely. I still intend to remain in China indefinitely.

20. I applied for citizenship in January 2007, before my mother was diagnosed with cancer and before I received an offer from Shoreline. I wanted to receive citizenship because both of my sons were born in the United States, and because I was enrolled in school in the United States at the time.

21. In June 2007, I returned from China briefly so that I could conduct my citizenship interview. My interviewer knew that I was coming from China and that I was taking care of my mother after her cancer surgery. The interviewer also knew that I must return to China as soon as possible to take care of my mother. I returned to China after my interview.

22. I next returned to the United States for my swearing in ceremony in November

DECLARATION OF SUN ISO OPPOSITION TO
MOTION FOR PRELIMINARY INJUNCTION

1   2007.  I was sworn as a citizen on November 20, 2007.

2          23. Attached as Exhibit B are true and correct copies of my United States Passport and

3   Naturalization Certificate.

4          24. I began the process of selling my car, my furniture and dissolving my business in

5   November 2007.

6          25. I dissolved my company of 5 years, S-Logic Corp. in December 2007.

7          26. Attached as Exhibit C is a true and correct copy of the Certificate of Dissolution,

8   signed on December 31, 2007.

9          27. I started advertising my furniture for sale in November 2007.  Before this lawsuit

10  was filed, I sold my bedroom set, dining table, living room furniture, and other furniture.

11         28. I started advertising my car for sale in 2007.  I sold my car on January 3, 2008,

12  before this lawsuit was filed.

13         29. Attached as Exhibit D are true and correct copies of correspondence with potential

14  buyers in response to advertisements to sell my furniture and car.

15         30. I booked my return flight to China on January 2, 2008, before this lawsuit was

16  initiated.  I returned with my 16 month old son to China on January 21, 2007.

17         31. I plan to remain in China indefinitely, and I have no return ticket to the United

18  States.

19         32. Attached as Exhibit E are true and correct copies of an email from my airline

20  showing that I booked my flight to China (with no return flight to the United States) before this

21  case was initiated, and a true and correct copy of my son's ticket to China.

22         33. I have no permanent address in the United States.

23         34. My wife and I are experiencing trouble in our marriage.  But she is planning to

24  move back to China in the next few weeks with my older son to live with me.

25

26

27

28

CASE NO. 5:08-CV-00121-JW                    DECLARATION OF SUN ISO OPPOSITION TO
                                             MOTION FOR PRELIMINARY INJUNCTION

1

2       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

3 January 27th, 2007 in Beijing, China.

4                                       XIAOBING SUN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

北京协和医院妇产科门诊交费单

本单据仅供取病历使用

## 北京协和医院取病历凭证

### 普通门诊

病历号:**1548252**　　姓名:**黄菊香**

科别:**肿瘤内科**　　医生:**白春梅**

就诊时间 **2007-12-17　08::00:00上午　5**

调档时间:　2007-12-17 06:52:49

流水号:　2007121700000289

---

姓名 吴淑琴　　年龄 女　病案号 0　　　　日期 7.12.17

| | | | |
|---|---|---|---|
| 1. 阴道检查 | 人次 | 14. 拆线(每针0.80元) | 人次 |
| 2. 肛查 | 人次 | 15. 换药(大、中、小) | 人次 |
| 3. 三合诊 | 人次 | 16. 宫颈扩创术 | 人次 |
| 4. 阴道冲洗 | 人次 | 17. 后穹隆穿刺或盆腔内穿刺 | 人次 |
| 5. 会阴冲洗 | 人次 | 18. 宫颈糜烂上药 | 人次 |
| 6. 阴道上药 | 人次 | 19. 产科复诊 | 人次 |
| 7. 阴道填纱 | 人次 | 20. 妇产科多普勒检查 | 人次 |
| 8. 宫颈刮片 | 人次 | 21. 骨盆测量 | 人次 |
| 9. 宫颈火烫 | 人次 | 22. 胎心外电子监护 | 人次 |
| 10. 滴虫镜下检查 | 人次 | 23. 一次性阴道扩张器 | 人次 |
| 11. 霉菌镜下检查 | 人次 | 24. 溃疡油纱(6×7cm) | 块 |
| 12. 肌肉注射 | 人次 | 25. DG缝线 | 个 |
| 13. 导尿(一次性尿管、导尿包另收) | 例 | 26. S-100 止血绫(复合型) | 个 |

医师　　　　　　　　　　金额

---

## 北京协和医院体检中心

康体检中心"于2005年正式成立。它是协和医院众多的临床科室之一；与其他科室根本的
检中心"服务对象是身体健康人群。通过为健康人群实施定期、全面的体格检查，可以建立
获得有利于健康的生活和工作方式的指导；对于危害健康的疾病早期发现、早期治疗。
院于1921年，是我国现代医学的发源地，是目前我国的临床疑难重症诊治中心。它是"健
和后盾，它是"健康体检中心"的质量保障。

院健康体检中心"服务特点：

：北京协和医院聚集了一大批医术精湛、医德高尚的医学人才，他们临床经验丰富、专业
谨。在完成为病人诊治工作的同时，轮流参加"健康体检"工作，用他们丰富的经验和
提供科学、周到和高质量的体检服务。

进：在"健康体检"中，应用的是国际先进水平的放射、B超、检验等设备，保证了各种
检验结果报告亦由各专科出具。

体检结果和发现异常的报告均由临床专家复核审查，保证了报告的准确性和质量。体检结
受检者个人或单位。

(接底页)

---

第 1 页

请勿写过此线

07-12-17　1咖内.

　　卵巢Ca术后8月　本纳侵犯

07.4.17 手术.表现：右卵巢来源性停份16起张 处Ca
中右卵巢　2枚13m2及大网膜转移　阑闾2cm 13/13
左待卵巢 47时支托.

　ER(+).　PR(+).　CK-7 (+)　　VEGF (+)

本化疗：紫杉 + DX
　　　180mg　200mg

CA125 由样 1100 降 285 → 62 → 211.58
　160×3　　　×3

　CA199由样 797 → 3.95 (II疗)

陆俭 (+

医疗机构名称：　　　　　　　　　　科

就诊日期：　　　　　年 、月 日 时 分

物肠粘膜下多肌层内有液性暗区，轮廓清晰
结合病史考虑为盆腔炎性改变可能。

查右TP游离脱6升。　CA125: 指南: 1110 u/ml。(07-4-12)

我论如下: 2007-10:　　2007-5-8　285.5 u/ml

| | | |
|---|---|---|
| 2007-7-4 | 103.3 u/ml | ↑ |
| 2007-8-6 | 62.05 u/ml | ↑ |
| 2007-9-4 | 84.6 u/ml | ↑ |
| 2007-10-8 | 148.24 u/ml | ↑ |
| 2007-11-7 | 151.6 u/ml | |
| ↑ 2007-12-3 | 211.58 u/ml | |
| | CA199 7.95 u/ml | |

2007-12-26. Bus: 膀胱底壁(-)

　　　　　　盆腔多肿性摇击 —考虑盆腔肿瘤，
　　　　　　　　　　　　　　　　　　29 cm
　　　　　　子宫右侧方肿瘤 (11.4×11 cm?)

　　　　　　盆腔积液 (盆腔右侧0.65 cm?)

　　　　　　直肠边有积液。

我们推荐PET: 宫颈动态欠佳，建议3半后复查，有必要可行肠镜

医疗机构名称：　　　　　　　　　　科

就诊日期：　　　　　年 月 日 时 分

既往: 无药物及手术史。

2007-12-3 Bus: 盆腔肿块

　　　　　　考虑问患诊断自然复查。

2007-11-7: 宫颈肿块 1.5×1.8 cm。

pu

—脂肪 脂60. 孔经管主(1 cm?) 临床检验
6/3 m2 PJ 12?

孔32. 5/8。

孔, : 腹腔脏2. 120差。

高淋 (—)

2孔, : 孔腔孔肥腺体化疗 3 cm3五

肝 1 克之的部 .互 板 骨?

口静 经度 血压 压 无异性。

盆 淋巴 无 ...

化疗 五方

Beijing Union Medical College Hospital

编 号: 0004863?

病理标本号: _____

此条撕下务必贴在标本瓶上

# 北京协和医院

## 病理标本检查报告单

(第二页)

病理标本号 H51568

标本送检日期: 2008 年 1 月 17 日      病案号: 0

病人姓名: 吴淑琴    性别: 女    年龄: 64    科别: 妇    病室: 0

临床诊断: 卵巢Ca直肠转移术后

标本来源: 盆腔肿物肠腔

注意: 以上各项内容请临床科医生填写清楚

大体标本检查:

天津肿瘤医院

2P8P34 ×4          正

病理诊断:    (临床上有卵巢癌术后史)

结肠粘膜下及肌层内有低分化腺

癌浸润, 结合病史符合转移性低分化

浆液性乳头状癌.

报告日期: 2008.1.17    报告医师: [签名]



中国医学科学院
中国协和医科大学

北京协和醫院

北京市医疗机构临床检验结果报告单

| 姓 名 | 吴淑琴 | 样品种类 血 | | 诊 断 | | 病案号 | |
|---|---|---|---|---|---|---|---|
| 年 龄 | | 采样时间 | | 科 别 | 妇科门诊 | 样品号 | 5056 |
| 性 别 | | 送检时间 2008.01.22 10:22 | 送检项目 | 血清CA125 | | 申请医师 | |

| 项目 | | 中文名称 | 结果 | | 标记 | 参考值 |
|---|---|---|---|---|---|---|
| 1 | CA125 | 癌抗原125 | 494.4 | U/ml | H | <35 |

**EXHIBIT B**



中华人民共和国签证

CHINESE VISA

George Washington

Visas

01.22 2008

VLCHNSUN<<XIAOBING<<<<<<<<<<<<<<<<<<<<<<<
435540932USA7211254W0812191920USAECSQVN872

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA
Type / Type / Tipo    Code / Code / Codigo    Passport No. / No. du Passeport / No. de Pasaporte
P                     USA                     435540932
Surname / Nom / Apellidos
SUN
Given Names / Prénoms / Nombre
XIAOBING
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
25 Nov 1972
Place of birth / Lieu de naissance / Lugar de nacimiento          Sex / Sexe / Sexo
CHINA                                                             M
Date of issue / Date de délivrance / Fecha de expedición          Authority / Autorité / Autoridad
29 Nov 2007                                                       United States
Date of expiration / Date d'expiration / Fecha de caducidad       Department of State
28 Nov 2017
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

P<USASUN<<XIAOBING<<<<<<<<<<<<<<<<<<<<<<<<
435540932USA7211254M1711280059615781<204860

THE UNITED STATES OF AMERICA

No. 31047548



*Personal description of holder as of date of naturalization:*

*Date of birth:* **NOVEMBER 25, 1972**

*Sex:* **MALE**

*Height:* **5** *feet* **9** *inches*

*Marital status:* **MARRIED**

*Country of former nationality:* **CHINA, PEOPLE'S REPUBLIC OF**

CIS Registration No.     A079534647

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Xiaobin Sun

*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*The Secretary having found that:*

**XIAOBING SUN**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**US CITIZENSHIP AND IMMIGRATION SERVICES**

*at:* **SAN FRANCISCO, CALIFORNIA**     *on:* **NOVEMBER 20, 2007**

*that such person is admitted as a Citizen of the United States of America.*

*Director, U.S. Citizenship and Immigration Services*

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY

FORM N-550 (Rev. 4/04)

**EXHIBIT C**




**DISS STK**

# State of California
## Secretary of State

### DOMESTIC STOCK CORPORATION
### CERTIFICATE OF DISSOLUTION

**There is no fee for filing a Certificate of Dissolution.**

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**CORPORATE NAME**   (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

   S-Logic

**REQUIRED STATEMENTS**   (The following statements are required by statute and should not be altered.)

2. a) A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

   b) The corporation has completely wound up.

   c) The corporation is dissolved.

**DEBTS & LIABILITIES**   (Check the applicable statement.  Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**ASSETS**   (Check the applicable statement.  Note: Only one box may be checked.)

4. ☐ The known assets have been distributed to the persons entitled thereto.

   ☑ The corporation never acquired any known assets.

**ELECTION**   (Check the "YES" or "NO" box, as applicable.  Note:  If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.  ☑ YES  ☐ NO

**VERIFICATION & EXECUTION**   (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate.  Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office.  I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/31/2007
Date

_____
Signature of Director

Xiaobing Sun
_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

DISS STK  (REV 03/2007)                                    APPROVED BY SECRETARY OF STATE

**EXHIBIT D**

**Charles Jung**

| | |
|---|---|
| **From:** | Dee Wu [slphj_di@yahoo.com] |
| **Sent:** | Tuesday, November 27, 2007 6:28 PM |
| **To:** | carmelita trujillo |
| **Subject:** | Re: King size bed room set - complete 7 pieces - pine wood - $630 (fremont / union city / newark) |

Sorry, we were out of town for a few days. why don't you call us then come to our house to take a look.
# 510-791-2196

*carmelita trujillo <trujillo5g1b@yahoo.com> wrote:*

> Dear Dee Woo,
>
> Thank you for considering my offer.  I would love to accept but for $500.  I had an unexpected expense this weekend.  If not I do understand.
>
> I wish you well.
>
> Carmelita
>
>
> *Dee Wu <slphj_di@yahoo.com> wrote:*
>
>> If what you mean was $550, you can get this set if you can ind a way fr pick up.
>> call us 510-791-2196 if you really want this
>> Thanks
>>
>> *carmelita trujillo <trujillo5g1b@yahoo.com> wrote:*
>>
>>> **\*\* CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY**
>>> **\*\* Avoid:** <span style="color:red">**wiring money, cross-border deals, work-at-home**</span>
>>> **\*\* Beware:** <span style="color:red">**cashier checks, money orders, escrow, shipping**</span>
>>> **\*\* More Info:**
>>> <span style="color:blue">**http://www.craigslist.org/about/scams.html**</span>
>>>
>>>
>>> Single mom, 7 children,and new to California who is trying to fill her home with nice, good
>>> quality, moderately priced furniture. This bedroom set would be my spoil!  I could not afford
>>> more than $5500.00.
>>>
>>> Sending this out with hope,a little prayer, and remembering "All you can do is ask."

Have a good Thanksgiving!

---

this message was remailed to you via: sale-478857385@craigslist.org

---

Be a better pen pal. Text or chat with friends inside Yahoo! Mail. See how.

---

Be a better pen pal. Text or chat with friends inside Yahoo! Mail. See how.

**Charles Jung**

| | |
|---|---|
| **From:** | Xiaobing Daniel Sun [slphj@yahoo.com] |
| **Sent:** | Friday, December 14, 2007 8:57 PM |
| **To:** | JoeMGaynor@cs.com |
| **Subject:** | Re: Moving sale , lots of furnitures and others.. (fremont / union city / newark) |

Pls call us tomorrow around 10am, I will give u the direction. Thx.

---

Looking for last minute shopping deals?
Find them fast with Yahoo! Search.  http://tools.search.yahoo.com/newsearch/category.php?
category=shopping

**Charles Jung**

| | |
|---|---|
| **From:** | Xiaobing Daniel Sun [slphj@yahoo.com] |
| **Sent:** | Friday, December 14, 2007 8:47 AM |
| **To:** | dstomley@gmail.com |
| **Subject:** | Re: dinning table( 3 sizes-configuration) w/ 6 chairs,cherry finish - $350 (fremont / union city / newark) |

Yeah, it is available. call us at 510-791-2196. thx much.

_____

Never miss a thing.  Make Yahoo your home page.
http://www.yahoo.com/r/hs

**Charles Jung**

| | |
|---|---|
| **From:** | Dee Wu [slphj_di@yahoo.com] |
| **Sent:** | Saturday, December 22, 2007 10:19 PM |
| **To:** | Jkillen68@aol.com |
| **Subject:** | Re: Cal king size bed w/ pillow top mattress and boxspring - $350 (fremonts / union c |

Thanks for your email. Yes it is available ( I would delete the posting if the item is gone)
for any question, or if you's like to check itout, please call us 510-791-2196 or 510-331-0237
Thanks

*Jkillen68@aol.com* wrote:

```
** CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY
** Avoid: wiring money, cross-border deals, work-at-home
** Beware: cashier checks, money orders, escrow, shipping
** More Info: http://www.craigslist.org/about/scams.html
```

do you still have the bed? I am very interested in it.

See AOL's top rated recipes and easy ways to stay in shape for winter.

this message was remailed to you via: sale-513756674@craigslist.org

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

**Charles Jung**

**From:** Dee Wu [slphj_di@yahoo.com]
**Sent:** Thursday, December 06, 2007 5:12 PM
**To:** entrust.andrew@att.net
**Subject:** Re: great condition Jeep Grand Cherokee Laredo 99 4wd, V6, for moving sale - $8200 (fremont / union city / newark)

our #: 510-791-2196, thx for interest.

*entrust.andrew@att.net* wrote:

```
** CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY
** Avoid: wiring money, cross-border deals, work-at-home
** Beware: cashier checks, money orders, escrow, shipping
** More Info: http://www.craigslist.org/about/scams.html
```

Low milage, 90k, most free way driving. moving sale.
Followed dealer scheduled maintenance.
Transmission: Automatic, Air Conditioning, Cruise Control, Roof Rack , Power Steering ,AM/FM Stereo/CD Player, Privacy Glass, Power Windows, ABS (4-Wheel), Premium Sound...
Affordable SUV w/. execllent condition for the comming ski season.
Call Dan at 510-791-2196 for details.

Hi,

Is your vehicle still available?

Thanks very much for your time and have nice day.

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.16.15/1174 - Release Date: 12/6/2007 10:11 AM

this message was remailed to you via: sale-493984474@craigslist.org

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

1/27/2008

**EXHIBIT E**

**Charles Jung**

**From:** lax006 [lax006@mail.airchina.com.cn]

**Sent:** Thursday, January 17, 2008 10:53 AM

**To:** xiaobing_sun@yahoo.com

**Subject:** Air China

\*\*ELECTRONIC TICKET PNR\*\*
001    LAX001 361 1731 02JAN08 IK
  1.SUN/XIAOBING(001) H0R4J
001  2.  CA986  H  MO21JAN  SFOPEK HK1   1350 1800+1   E
  NN(001)  HK(001)
001  3.510-791-2196
001  4.T/9994477802377
001  5.SSR TKNE CA HK1 SFOPEK 986 H21JAN 9994477802377/3/P1
  HK(001)
001  6.SSR OTHS CA PAX HLDN OPEN RTN TKT
001  7.LAX001


  DETR:TN9994477802377
  ISSUED BY: AIR CHINA          ORG/DST: CAN/CAN          ARL-I
  E/R: NON-END/RER/REF800CNY/*HX72
  TOUR CODE:
  PASSENGER: SUN/XIAOBING
  EXCH:                    CONJ TKT:
  O FM:1CAN CA   1330  S 16NOV 0925 OK HLXEE6M      /29MAR8 2PC USED/FLOWN
    RL:F5TZH  /        BG:1/18K
  O TO:2PEK CA    985  H 19NOV 1605 OK HLXEE6M      /29MAR8 2PC USED/FLOWN
    RT:F5TZH  /        BG:1/23K
  O TO:3SFO CA    986  H 21JAN 1350 OK HLXEE6M      /16MAY8 2PC OPEN FOR USE
    RT:H0R4J  /
  O TO:4PEK CA   OPEN  S OPEN      HLXEE6M      /16MAY8 2PC OPEN FOR USE
    RL:
  TO: CAN


Let me know any questions you have.


Best Regards
Air China
Los Angeles Office

*Beijing Union Medical College Hospital* (handwritten)

中国医学科学院
中国协和医科大学

## 北京协和医院

北京市医疗机构临床检验结果报告单

| | | | | |
|---|---|---|---|---|
| 姓 名 | 吴趣琴 | 样品种类 血 | 诊 断 | 病案号 |
| 年 龄 | | 采样时间 | 科 别 妇科门诊 | 样品号 5056 |
| 性 别 | | 送检时间 2008.01.22 10:23检验项目 血清CA125 | 申请医师 |

| 项目 | 中文名称 | 结果 | Ul/ml | 标记 | 参考值 |
|---|---|---|---|---|---|
| 1 CA125 | 癌抗原125 | 494.4 | U/ml | H | <35 |

My son's antibo break to China with me on Jan. 21st, 200 (handwritten)



AIR CHINA
中国国际航空公司