CHARLES H. JUNG (SBN 217909)
MICHAEL P. DILLINGHAM (SBN 244086)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
cjung@nassiri-jung.com

Attorneys for Defendant
XIAOBING SUN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands Company limited by shares,<br><br>Plaintiff,<br><br>vs.<br><br>XIAOBING SUN, an individual,<br><br>Defendant. | Case No. 5:08-cv-00121-JW<br><br>DECLARATION OF YAZHAO WANG |

I, Yazhao Wang, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness would and could testify competently thereto.

2. I am Xiaobing Sun's mother in law.

3. Xiaobing has been living in the China since March 2007.

4. Xiaobing has maintained an apartment in Beijing since April 2006. It is located at Qijaia Drive in Beijing China.

5. I lived in Xiaobing's apartment until December 2007.

6. Xiaobing's mother was diagnosed with ovarian cancer in April 2007.

7. Xiaobing is his mother's only child. Xiaobing has been taking care of his mother since her diagnosis.

8. On November 7 and December 3, months after his mother's first surgery, her CA125 cancer blood test still came back high.

9. In August 2007, Xiaobing asked me to move out of his Beijing apartment.

10. He had been living at his mother's home in Tianjin China to take care of her, and needed the apartment so that he could move his mother into the apartment and move his family back to China.

11. The doctors at Beijing Union Medical College Hospital confirmed that Xiaobing's mother's first surgery was not successful.

12. I moved out of Xiaobing's apartment in December 2007.

13. Xiaobing's mother moved into the apartment on January 3rd, 2008.

14. Xiaobing moved into the apartment on January 22, 2008, with his younger son, Hao An. A. Sun.

- 3 -

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  January 26, 2007 in Beijing, China.

_____
YAZHAO WANG