```
1  CHARLES H. JUNG (SBN 217909)
   MICHAEL P. DILLINGHAM (SBN 244086)
2  NASSIRI & JUNG LLP
   251 Kearny Street, Suite 501
3  San Francisco, CA 94108
   Telephone: (415) 373-5699
4  Facsimile:  (415) 534-3200
   cjung@nassiri-jung.com
5
   Attorneys for Defendant
6  XIAOBING SUN
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12
13 SHORELINE CAPITAL MANAGEMENT,        Case No. 5:08-cv-00121-JW
   LTD., a British Virgin Islands Company
14 limited by shares,                   ASSENTED TO MOTION TO RE-SET
                                        FEBRUARY 26, 2008 HEARING
15              Plaintiff,              DATE RE SUBJECT MATTER
                                        JURISDICTION
16      vs.
17 XIAOBING SUN, an individual,
18              Defendant.
```

1. The Court has ordered a hearing on Mr. Sun's objection to the Court's subject matter jurisdiction set for February 26, 2008.

2. Defendant Xiaobing Sun's ("Sun") counsel states that he has a previously scheduled hearing in Massachusetts on the same date February 26, 2008, and will be travelling out of state for depositions until and including March 10, 2008.

3. The parties have conferred and have assented to move the hearing date to one of the following motion calendar dates for the Court: March 17 or 24 or April 14, 21 or 28.

Therefore, the parties respectfully request that the Court re-set the above hearing to a date convenient for the Court on March 17 or 24 or April 14, 21 or 28.

RESPECTFULLY SUBMITTED,

DATED: February 20, 2008          NASSIRI & JUNG LLP


By:       /s/ CHARLES H. JUNG
              CHARLES H. JUNG

Attorneys for Defendant
XIAOBING SUN

DATED: February 20, 2008          COMMINS & WEBSTER, P.C.


By:       /s/ KENNETH C. WEBSTER
              KENNETH C. WEBSTER

Attorneys for Plaintiff
SHORELINE CAPITAL MANAGEMENT, LTD.