

1  CHARLES H. JUNG (SBN 217909)
   MICHAEL P. DILLINGHAM (SBN 244086)
2  NASSIRI & JUNG LLP
   251 Kearny Street, Suite 501
3  San Francisco, CA 94108
   Telephone:  (415) 373-5699
4  Facsimile:   (415) 534-3200
   cjung@nassiri-jung.com
5
   Attorneys for Defendant
6  XIAOBING SUN
7
8
9            UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA
11              SAN JOSE DIVISION
12
13  SHORELINE CAPITAL MANAGEMENT,          Case No. 5:08-cv-00121-JW
    LTD., a British Virgin Islands Company
14  limited by shares,                     ASSENTED TO MOTION TO RE-SET
                                           FEBRUARY 26, 2008 HEARING
15            Plaintiff,                    DATE RE SUBJECT MATTER
                                           JURISDICTION
16       vs.
                                           **FINAL CONTINUANCE**
17  XIAOBING SUN, an individual,
18            Defendant.
19
20
21
22
23
24
25
26
27
28

CASE NO. 5:08-cv-00121-JW

IT IS SO ORDERED
AS MODIFIED

Judge James Ware

2/22/2008

1.    The Court has ordered a hearing on Mr. Sun's objection to the Court's subject matter jurisdiction set for February 26, 2008.

2.    Defendant Xiaobing Sun's ("Sun") counsel states that he has a previously scheduled hearing in Massachusetts on the same date February 26, 2008, and will be travelling out of state for depositions until and including March 10, 2008.

3.    The parties have conferred and have assented to move the hearing date to one of the following motion calendar dates for the Court:  March 17 or 24 or April 14, 21 or 28.

Therefore, the parties respectfully request that the Court re-set the above hearing to a date convenient for the Court on March 17 or 24 or April 14, 21 or 28.

RESPECTFULLY SUBMITTED,


DATED: February 20, 2008                    NASSIRI & JUNG LLP


                                            By:_____/s/ CHARLES H. JUNG_____
                                                        CHARLES H. JUNG

                                            Attorneys for Defendant
                                            XIAOBING SUN


DATED: February 20, 2008                    COMMINS & WEBSTER, P.C.


                                            By:_____
                                                        KENNETH C. WEBSTER

                                            Attorneys for Plaintiff
                                            SHORELINE CAPITAL MANAGEMENT, LTD.

*** **ORDER** ***

The Court continues the previously scheduled hearing set for February 26, 2008 at 9:00 AM re Subjection Matter Jurisdiction to **March 7, 2008 at 9:00 AM.**  The Court will not entertain further requests for continuance.  The attorneys to argue the motion are expected to appear for oral argument.

Dated: February 22, 2008                    _____
                                            United States District Judge James Ware

CASE NO. 5:08-CV-00121-JW                    ASSENTED TO MOTION TO RE-SET
                                             FEBRUARY 26, 2008 HEARING DATE RE
                                             SUBJECT MATTER JURISDICTION