1  David H.S. Commins (CSBN 124205)
   Kenneth C. Webster (CSBN 179058)
2  COMMINS & WEBSTER, P.C.
   400 Montgomery Street, Suite 200
3  San Francisco, CA 94104
   Tel (415) 391-6490
4  Fax (415) 391-6493
   david@commins.com
5  ken@commins.com

6  Attorneys for Plaintiff
   Shoreline Capital Management, Ltd.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 SHORELINE CAPITAL MANAGEMENT,
   LTD., a British Virgin Islands company
13 limited by shares,,                        No.   JW CV 08 0121

14         Plaintiff,                         NOTICE OF SETTLEMENT

15    vs.

16 XIAOBING SUN, an individual, also known
   as DANIEL SUN,
17
           Defendant.
18

---

NOTICE OF SETTLEMENT

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, Shoreline Capital Management, Ltd. (Shoreline) and Defendant Xiaobing Sun have entered into a settlement agreement. Shoreline expects to file a Notice of Dismissal with prejudice shortly. Shoreline requests that the hearing scheduled for March 7, 2008 be taken off calendar.

DATED: March 6, 2008.

COMMINS & WEBSTER
Professional Corporation

By: *David H.S. Commins* (signature)
David H.S. Commins
Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

PROOF OF SERVICE

I, Sophia Chung, am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is 400 Montgomery Street, Suite 200, San Francisco, CA 94104.

On March 6, 2008, I served the following:

- NOTICE OF SETTLEMENT

**by Facsimile addressed to:**
Charles H. Jung, Esq.
NASSIRI & JUNG LLP
(415) 534-3200

**by E-Mail addressed to:**
cjung@nassiri-jung.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2008

_____
Sophia Chung