1 David H.S. Commins (CSBN 124205)
Kenneth C. Webster (CSBN 179058)
2 COMMINS & WEBSTER, P.C.
400 Montgomery Street, Suite 200
3 San Francisco, CA 94104
Tel (415) 391-6490
4 Fax (415) 391-6493
david@commins.com
5 ken@commins.com

6 Attorneys for Plaintiff
Shoreline Capital Management, Ltd.
7



8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12 SHORELINE CAPITAL MANAGEMENT,
LTD., a British Virgin Islands company
13 limited by shares,,                                    No.   JW CV 08 0121

14         Plaintiff,                                    NOTICE OF SETTLEMENT

15    vs.
                                                         **ORDER VACATING MARCH 7, 2008**
16 XIAOBING SUN, an individual, also known               **HEARING; SETTING HEARING ON**
   as DANIEL SUN,                                        **ORDER TO SHOW CAUSE RE:**
17                                                       **SETTLEMENT FOR APRIL 14, 2008**
           Defendant.
18

19
20
21
22
23
24
25
26
27
28

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, Shoreline Capital Management, Ltd. (Shoreline) and Defendant Xiaobing Sun have entered into a settlement agreement. Shoreline expects to file a Notice of Dismissal with prejudice shortly. Shoreline requests that the hearing scheduled for March 7, 2008 be taken off calendar.

DATED: March 6, 2008.

COMMINS & WEBSTER
Professional Corporation

By: _____
David H.S. Commins
Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

**\*\*\* ORDER \*\*\***

In light of Plaintiff's representation regarding the parties' settlement efforts, the Court VACATES the hearing currently scheduled for March 7, 2008. The cross-motions currently pending are deemed withdrawn. The Court sets a hearing on an Order to Show Cause re: Settlement for **April 14, 2008 at 9 A.M.** If a Stipulated Dismissal is not on file by **April 4, 2008**, the parties shall file a Joint Statement informing the Court of their progress. The parties shall make a good faith effort to put their settlement in writing and file the appropriate Stipulated Dismissal to remove this case from the Court's docket.

Dated: March 6, 2008

_____
JAMES WARE
United States District Judge

## PROOF OF SERVICE

I, Sophia Chung, am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is 400 Montgomery Street, Suite 200, San Francisco, CA 94104.

On March 6, 2008, I served the following:

- NOTICE OF SETTLEMENT

**by Facsimile addressed to:**
Charles H. Jung, Esq.
NASSIRI & JUNG LLP
(415) 534-3200

**by E-Mail addressed to:**
cjung@nassiri-jung.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 6, 2008

_____
Sophia Chung