1  David H.S. Commins (CSBN 124205)
   Kenneth C. Webster (CSBN 179058)
2  COMMINS & WEBSTER, P.C.
   400 Montgomery Street, Suite 200
3  San Francisco, CA 94104
   Tel (415) 391-6490
4  Fax (415) 391-6493
   david@commins.com
5  ken@commins.com

6  Attorneys for Plaintiff
   Shoreline Capital Management, Ltd.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 SHORELINE CAPITAL MANAGEMENT,         JW CV 08 0121
   LTD., a British Virgin Islands company
13 limited by shares,,                    No.

14         Plaintiff,
                                          STIPULATION OF DISMISSAL
15     vs.                                WITH PREJUDICE

16 XIAOBING SUN, an individual, also known
   as DANIEL SUN,
17
           Defendant.
18 _____/

STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, Shoreline Capital Management, Ltd. (Shoreline) and Defendant Xiaobing Sun have entered into a settlement agreement. Shoreline and Mr. Sun have agreed that the above-captioned case should be dismissed with prejudice. The parties therefore request that the Court order the case dismissed with prejudice.

SO STIPULATED:

DATED: March 25, 2008.   COMMINS & WEBSTER
                         Professional Corporation

                         By: _____
                         David H.S. Commins
                         Attorneys for Plaintiff
                         Shoreline Capital Management, Ltd.

DATED: March 26, 2008.   NASSIRI & JUNG LLP

                         By: _____
                         Charles H. Jung
                         Attorneys for Defendant
                         Xiaobing Sun

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE