```
 1  David H.S. Commins (CSBN 124205)
    Kenneth C. Webster (CSBN 179058)
 2  COMMINS & WEBSTER, P.C.
    400 Montgomery Street, Suite 200
 3  San Francisco, CA 94104
    Tel (415) 391-6490
 4  Fax (415) 391-6493
    david@commins.com
 5  ken@commins.com

 6  Attorneys for Plaintiff
    Shoreline Capital Management, Ltd.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHORELINE CAPITAL MANAGEMENT, LTD., a British Virgin Islands company limited by shares,, <br><br> Plaintiff, <br><br> vs. <br><br> XIAOBING SUN, an individual, also known as DANIEL SUN, <br><br> Defendant. | JW CV 08 0121 <br><br> No. <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, Shoreline Capital Management, Ltd. (Shoreline) and Defendant Xiaobing Sun have entered into a settlement agreement. Shoreline and Mr. Sun have agreed that the above-captioned case should be dismissed with prejudice. The parties therefore request that the Court order the case dismissed with prejudice.

SO STIPULATED:

DATED: March 25, 2008.

COMMINS & WEBSTER
Professional Corporation

By: _____
David H.S. Commins
Attorneys for Plaintiff
Shoreline Capital Management, Ltd.

DATED: March 26, 2008.

NASSIRI & JUNG LLP

By: _____
Charles H. Jung
Attorneys for Defendant
Xiaobing Sun

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 31, 2008

_____
United States District Judge

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE